FILED

2022 FEB -3 PM 12: 02

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: RO

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| PLAINTIFF | 2:22-mj-00456-DUTY-1 |
| v. Fernand Roman Garcia | REPORT COMMENCING CRIMINAL ACTION |
| USMS# _____ DEFENDANT | |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: 2/2/22 AT _____ ☐ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☒ Yes ☐ No

4. Charges under which defendant has been booked:

   21 USC 841 ; 21 USC 846

5. Offense charged is a: ☒ Felony ☐ Minor Offense ☐ Petty Offense ☐ Other Misdemeanor

6. Interpreter Required: ☐ No ☒ Yes Language: SPANISH

7. Year of Birth: 1990

8. Defendant has retained counsel: ☒ No
   ☐ Yes Name: N/A Phone Number: _____

9. Name of Pretrial Services Officer notified: Fernando Balsuto

10. Remarks (if any): N/A

11. Name: SA ADRIAN OWENS (please print)

12. Office Phone Number: 213-254-9118

13. Agency: DEA

14. Signature: [signature]

15. Date: 2/3/22

CR-64 (05/18)      REPORT COMMENCING CRIMINAL ACTION