**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF<br><br>v.<br><br>Fernando Roman<br>Garcia<br><br>DEFENDANT(S). | CASE NUMBER<br><br>22-MJ-456-1<br><br>**ORDER OF TEMPORARY DETENTION**<br>**PENDING HEARING PURSUANT**<br>**TO BAIL REFORM ACT** |

Upon motion of _____Defendant_____, IT IS ORDERED that a detention hearing is set for _____February 9_____, _____2022_____, at _____9:00_____ ☒ a.m. / ☐ p.m. before the Honorable _____Eick_____, in Courtroom _____750_____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_____
*(Other custodial officer)*

Dated: _____2/7/23_____

_____
U.S. District Judge/Magistrate Judge